UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

TOMMIE ROBINSON,                )
                                )
            Plaintiff,           )
                                )
       vs.                       )    No. 4:07-CV-1233 (CEJ)
                                )
NORMANDY SCHOOL DISTRICT,        )
                                )
            Defendant.           )

### ORDER

**IT IS HEREBY ORDERED** that the parties shall submit complete transcripts of all deposition testimony that is cited in support of or in opposition to a motion. Excerpted portions of a witness's deposition testimony will not be considered by the Court absent a showing of good cause for not submitting the entire transcript.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CAROL E. JACKSON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated this 4th day of February, 2008.